UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

-against-

COOPERSTOWN BAT COMPANY, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2024

23-CV-09252 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On January 23, 2024, the Court referred this case to the Court-annexed Mediation Program. Dkt. No. 13. The Court understands that the court-ordered mediation was not held as one or both parties failed, refused to attend, or refused to participate in the mediation.

    It is hereby ORDERED that no later than **March 25, 2025**, the parties must submit a joint letter informing the Court whether the parties have settled this matter. If the parties have not reached a settlement, the parties shall in the joint letter request that the Court either (1) refer the case to a Magistrate Judge for a settlement conference, or (2) proceed with an initial pre-trial conference to, among other things, set a discovery schedule.

Dated: March 12, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge