UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LYNN ZELVIN,

                        Plaintiff,                                 23 Civ. 9252 (MMG) (GS)

        -against-                                     **PRE-SETTLEMENT**
                                                                                    **CONFERENCE ORDER**

COOPERSTOWN BAT COMPANY,
INC.,

                        Defendant.
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference for **Monday, April 1, 2024 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 484 024 602#.**

       SO ORDERED.

DATED:    New York, New York
                March 29, 2024

                                                                    _____
                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge