UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYNN ZELVIN,

                              Plaintiff,

       -against-

COOPERSTOWN BAT COMPANY,
INC.,

                              Defendant.
-----------------------------------------------------------------X

23 Civ. 9252 (MMG) (GS)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

       A video settlement conference in this matter is scheduled for **May 1, 2024 at 2:00 p.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting**. [**Meeting ID: 890 591 370 668**] [**Passcode UR3sqd**]. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. As stated therein, the parties must submit *ex parte* settlement letters to the Court no later than **Wednesday, April 24, 2024**.

       SO ORDERED.

DATED:    New York, New York
              April 1, 2024

                                                           _____
                                                            The Honorable Gary Stein
                                                            United States Magistrate Judge